Plaintiff's Name _EDWARD VASQUEZ_
Inmate No. _AM9728_
Address _N.K.S.P D-6 125L_
_P.O. BOX 5005_
_DELANO CA. 93210_

**FILED**
FEB - 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _J. HELLINGS_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

_1:13-CV-00160 MJS (PC)_
(Case Number)

(Name of Plaintiff)
_EDWARD VASQUEZ_
vs.

COMPLAINT

_COUNTY OF MERCED CORR-_
_ECTION FACILITY J.L.C.C_
_S.E.R.T TEAM OFFICERS_

Civil Rights Act, 42 U.S.C. § 1983

_NAMES III DEFENDANTS:_

**RECEIVED**
FEB 01 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(Names of all Defendants)

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

    A.  Have you brought any other lawsuits while a prisoner? Yes ✓ No __

    B.  If your answer to A is yes, how many? _1_
       Describe previous or pending lawsuits in the space below.
       (If more than one, use back of paper to continue outlining all lawsuits.)

       1. Parties to this previous lawsuit:

       Plaintiff _EDWARD VASQUEZ_

       Defendants _COUNTY OF MERCED CORRECTIONAL FACILITY J.L.C.C._
_S.E.R.T. TEAM OFFICERS._

       2. Court (if Federal Court, give name of District; if State Court, give name of County)
_EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION_

       3. Docket Number _1:12-CV-01522-SKO_  4. Assigned Judge _Sheila K. Oberto_

       5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_STILL PENDING_

       6. Filing date (approx.) _9-18-2012_  7. Disposition date (approx.) _____

1

## II. Exhaustion of Administrative Remedies

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓ No ___

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✓ No ___

If your answer is no, explain why not _____

C. Is the process completed?

Yes ___   If your answer is yes, briefly explain what happened at each level.

No ✓   If your answer is no, explain why not.
ADMINISTRATION NEVER RESPONDED TO MY GRIEVANCES

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant MERCED COUNTY S.E.R.T TEAM is employed as CORRECTIONAL OFFICERS at MERCED COUNTY JOHN LATORRACA CORRECTIONAL CENTER

B. Additional defendants C/O MR. VACERRA, C/O RIOS CLASSIFICATION, C/O LACEY, SGT. SALACUP, C/O ARMENTA, C/O ARTEGA, C/O WILLIAMS, C/O RIOS, C/O TILLY, C/O HENDEN, C/O PENIA, C/O ABRIAMS, C/O LYCONFILTER, SGT. LOPEZ, AND C/O CARILLO, ALL EMPLOYED BY MERCED COUNTY SHERIFFS AS CORRECTIONAL OFFICERS AT J.L.C.C.

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

ON SEPT 28 2012 APPROX 10: AM DORM 501 WERE BEING ESCORTED IN FROM YARD BY MERCED COUNTY SERT TEAM, HAVING OUR DORM SEARCHED, AS WE ENTERED THE OFFICERS HAD TAKEN ALL PROPERTY, CLOTHING, BEDDING AND DAY ROOM T.V., ONE INMATE STARTED TO GET THE OFFICERS ATTENTION OUTSIDE THE DOOR, THEY HAD IGNORED HIM. HE WAS STATING "HE NEED TO GET OUT." THEN PICKED UP A BROOM HANDLE AND SHATTERED THE FRONT WINDOW. THERE IS 90 SQ FEET OF EXPOSED WINDOW TO SEE IN OR OUT. THE OFFICERS STILL IGNORED HIM AND STEPPED AWAY. SINCE THE SERT TEAM WAS STILL AROUND, THEY CAME IN SHOTING 12 GUAGE BLOCK GUNS AND PAINT BALL GUNS, THROWING PERCUSSION GERNADES AT WHICH TIME I WAS ALREADY DOWN, I WAS STRUCK BY 1 GERNADE ONCE ON MY HEAD AND A SECOND ONE ON MY REAR BICEP

## V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

MERCED COUNTY John LATORRACA CORRECTIONAL CENTER CORRECTIONAL OFFICERS / S.E.R.T TEAM TAKE IN CONSIDERATION THAT INMATES AT J.L.C.C ARE PREDETAINEE AWAITING COURT AND SHOULD NOT BE TARGETED AS THEY ARE, LEAVE THIS OPEN FOR UNLIMITED CIVIL CLAIM.

I declare under penalty of perjury that the foregoing is true and correct.

Date 1-22-2013        Signature of Plaintiff

(revised 6/01/04)

3

IX STATEMENT OF CLAIM CONT.

My Body had went into convulsions, I was dragged outside, before I had past out the floor was covered with blood, both percussion grenades had landed on my right side, while layed flat on my face on yard and M.T.A putting gause to my head to stop the bleeding I had blacked out again, I could remember a female M.T.A. had rested my body against her knees as she was kneeling down, she was massaging my chest, she had flipped my body, because I had stopped breathing she had stated "Don't you stop breathing on me again". My right ear rang out, it took medical techs 10 mins to arrive, I was placed on a gurney, and was escorted to Modesto Trauma Center, where I recieve (8) eight staples in my right side of temple, my right rear bicept is burned and was brusied from elbow to arm pit. I still have complcations hearing out my right ear. Dizzy spells and head achs.