UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VASQUEZ, | CASE No. 1:13-cv-00160-MJS (PC) |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | (ECF No. 14) |
| MERCED COUNTY S.E.R.T. TEAM, et al., | DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g) |
| Defendants. | CLERK TO CLOSE CASE |

Plaintiff Edward Vasquez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on February 1, 2013 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The Complaint was dismissed on February 14, 2013 for failure to state a claim, but Plaintiff was given leave to file a First Amended Complaint by not later than March 20, 2013. (ECF No. 5.) The Court subsequently extended the deadline to April

15, 2013 (ECF No. 8), and then further extended it to May 20, 2013. (ECF No. 10.) The May 20, 2013 deadline passed without Plaintiff either filing an amended pleading or seeking a further extension of time to do so.

Plaintiff was ordered to either show cause why this action should not be dismissed with prejudice for failure to comply with the Court's order (ECF No. 10) or file an amended complaint by not later than June 21, 2013. (ECF No. 14.) The June 21st deadline has passed without Plaintiff filing an amended complaint or otherwise responding.

Having considered the appropriate factors, the Court finds that this case should be dismissed for failure to obey Court orders and failure to prosecute. See Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992); Henderson v. Duncan, 779 F.2d 1421, 1423-24 (9th Cir 1986).

Accordingly, it is HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE for failure to comply with Court orders and failure to prosecute, dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g); Silva v. Di Vittoria, 658 F.3d at 1009, 1098 (9th Cir. 2011); and

3. The Clerk of the Court shall CLOSE the case.

IT IS SO ORDERED.

Dated:   July 2, 2013                        /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE